Case 1:15-cv-00534-LTS Document 101 Filed 08/05/16 Page 1 of 3

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEUTSCHE BANK SECURITIES INC. et al.,
                                 Plaintiffs,

        -v-

THOMAS M. ROSKOS JR., et al.,
                                 Defendants.
-------------------------------------------------------------X

15 CIVIL 534 (LTS)

**JUDGMENT**

        Plaintiffs having moved for summary judgment pursuant to Fed. R. Civ. P. 56, seeking: (1) an order declaring that the Defendants' dispute with Plaintiffs is not arbitrable; (2) permanent injunctive relief preventing Defendants from pursuing their claims in arbitration; (3) dismissal of Defendants' counterclaim; and (4) an award of all attorneys' fees and costs associated with this action; and Defendants having cross-moved for summary judgment, seeking: (1) a declaration that Plaintiffs must arbitrate the claims against them; (2) denial of Plaintiffs' motion for summary judgment (3) dismissal of Plaintiffs' Amended Complaint; and (4) an award of all attorneys' fees and other costs associated with this action, and the matter having come before the Honorable Laura Taylor Swain, United States District Judge, and the Court, on August 4, 2016, having rendered its Memorandum Opinion and Order and the Court grants the motion of Plaintiffs Deutsche Bank Securities Inc. ("DBSI"), Janet Sible, Mark Westhoff, Michael Jacoby, J. Ralph Parker, Nancy Fahmy, Michael Raphael, and Mary Ann Coleman in its entirety. The Court hereby declares that Defendants cannot compel the Financial Industry Regulatory Authority ("FINRA") arbitration against these Plaintiffs of the claims asserted in Defendants' Amended Statement of Claim in FINRA case 14-3280. (See the FINRA Claim.) Defendants are permanently enjoined from proceeding with FINRA arbitration of the FINRA Claim against

these Plaintiffs. The Court grants Plaintiff DB Alex. Brown's motion for summary judgment to the extent that it seeks declaratory and injunctive relief barring FINRA arbitration of the FINRA Claim as asserted by all Defendants other than Val Vaden; and denying Plaintiff DB Alex. Brown's motion for summary judgment seeking relief as against Val Vaden; and granting Defendant Val Vaden's cross-motion for summary judgment insofar as it seeks to compel DB Alex. Brown to submit to FINRA arbitration of Val Vaden's FINRA Claim against it; and denying all of the Defendants' remaining cross-motions in their entirety. In light of the fact that neither Plaintiffs nor Defendants have proffered a factual or legal basis for their requests for awards of attorneys' fees or costs, the Court is denying all parties' requests for such fees and costs; and directing the Clerk of Court to enter judgment accordingly and to close this case. The Memorandum Opinion and Order resolves Docket Entry Nos. 26 and 40, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 4, 2016, the Court grants the motion of Plaintiffs DBSI, Janet Sible, Mark Westhoff, Michael Jacoby, J. Ralph Parker, Nancy Fahmy, Michael Raphael, and Mary Ann Coleman in its entirety. The Court hereby declares that Defendants cannot compel FINRA arbitration against these Plaintiffs of the claims asserted in Defendants' Amended Statement of Claim in FINRA case 14-3280. (See the FINRA Claim.) Defendants are permanently enjoined from proceeding with FINRA arbitration of the FINRA Claim against these Plaintiffs. The Court grants Plaintiff DB Alex. Brown's motion for summary judgment to the extent that it seeks declaratory and injunctive relief barring FINRA arbitration of the FINRA Claim as asserted by all Defendants other than Val Vaden. Plaintiff DB Alex. Brown's motion for summary judgment seeking relief as against Val Vaden is denied. Defendant Val Vaden's cross-motion for summary judgment is granted insofar as it seeks to compel DB

Alex. Brown to submit to FINRA arbitration of Val Vaden's FINRA Claim against it. All of the Defendants' remaining cross-motions are denied in their entirety. In light of the fact that neither Plaintiffs nor Defendants have proffered a factual or legal basis for their requests for awards of attorneys' fees or costs, all parties' requests for such fees and costs are denied; accordingly, the case is closed.

**Dated:**  New York, New York
August 5, 2016

BY: **RUBY J. KRAJICK**
_____
**Clerk of Court**

*[signature]*
_____
**Deputy Clerk**